# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 363 WAL 2021

        Respondent :

        v. : Petition for Allowance of Appeal
: from the Order of the Superior Court

CRAIG ANTHONY MOORE, :

        Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 364 WAL 2021

        Respondent :

        v. : Petition for Allowance of Appeal
: from the Order of the Superior Court

CRAIG ANTHONY MOORE, :

        Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.